No error.

---

## STATE OF NORTH CAROLINA v. DAVID HOLTON BRYANT

No. 7518SC36

(Filed 2 April 1975)

APPEAL by defendant from *Rousseau, Judge.* Judgment entered 22 August 1974 in Superior Court, GUILFORD County. Heard in the Court of Appeals 19 March 1975.

*Attorney General Edmisten by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Booth, Fish, Simpson & Harrison by H. Marshall Simpson for defendant appellant.*

BROCK, Chief Judge, PARKER and ARNOLD, Judges.

No error.